

# Fourth Court of Appeals
## San Antonio, Texas

June 23, 2014

No. 04-14-00316-CV

**IN THE INTEREST OF J.F., MINOR CHILD,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02694
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Appellant's motion for extension of time to file brief is hereby GRANTED. Appellant's brief is due on or before June 29, 2014. Because this is an accelerated appeal from an order terminating appellant's parental rights, no further extensions of time will be granted.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of June, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court